NIEMEYER, Circuit Judge,
concurring:
I concur in the court’s opinion. I add, however, my continuing objection to our application of United States v. Collins, 415 F.3d 304 (4th Cir.2005), which remains inconsistent with well-established conspiracy law, as defined by 21 U.S.C. § 846 and governing Supreme Court decisions, such as United States v. Shabani, 513 U.S. 10, 13-14, 115 S.Ct. 382, 130 L.Ed.2d 225 (1994). See United States v. Brooks, 524 F.3d 549, 565-79 (4th Cir.2008) (Niemeyer, J., dissenting). Our court should have seized this opportunity to correct the problem, although, I suspect, it will have to be the Supreme Court and not our court that does so.